UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO. 3:24-cr-251-MMH-MCR

TERESA BRADY and
RUBY GEORGE
_____/

ORDER

The undersigned hereby recuses himself from proceedings in this action. The Clerk of the Court is directed to reassign this matter to another United States Magistrate Judge.

**DONE** and **ORDERED** in Jacksonville, Florida this 16th day of January, 2025.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record