# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA				CASE NO. 3:24-cr-251-MMH-SJH

v.

TERESA BRADY
RUBY GEORGE

| Counsel for Government: | Counsel for Defendants: |
|---|---|
| Tysen Duva | Hank Coxe |
| Kelly Milliron | Allan Brooke |
|  | Reid Hart |

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles			Court Reporter: Katharine Healey

## CLERK'S MINUTES

**PROCEEDINGS OF:**   CRIMINAL STATUS CONFERENCE

Defendants move to continue the trial.

The government has no objection to the continuance.

Defendants' joint <u>ore</u> <u>tenus</u> motion to continue the trial is **GRANTED**.  For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial.   As Defendants are joined for trial, all time from now until the end of the September 2025 trial term shall be excludable time.

    **CASE RESET:**
    **Status:**		**August 18, 2025, at 3:00 p.m.**
    **Trial Term:**	**September 2, 2025, at 9:00 a.m.**

Plea agreement deadline set for **August 25, 2025**.

If the parties intend to proceed to trial in September, they shall file a joint notice no later than **August 3, 2025**.

Date: May 19, 2025		Time: 3:17 p.m. – 3:23 p.m.		Total: 6 Minutes