UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

*v.*

**TERESA BRADY**

Case no. 3:24-cr-00251-MMH-MCR

**UNOPPOSED MOTION TO EXTEND PLEA DEADLINE**

Counsel for the Defendant seeks to extend the plea deadline to October 14, 2025 or thereafter, and would show:

1. At the criminal status conference held on May 19, 2025 [Doc. 46], the Court set the following schedule:

   | | |
   |---|---|
   | Status Conference: | August 18, 2025, at 3:00 p.m. |
   | Trial Term: | September 2, 2025, at 9:00 a.m. |
   | Plea agreement deadline: | August 25, 2025. |
   | Deadline for Trial Notice: | August 3, 2025. |

2. Thereafter, on August 1, 2025, the parties notified the Court that they did not intend to go to trial in September and asked that the trial date be moved to November 3, 2025. [Doc. 49] The parties did not ask that the Status Conference be canceled or that the plea deadline be moved.

3. The Court, *sua sponte*, moved the Status Conference from August 18 to August 26, 2025.

4. The parties have not exhausted discussions concerning the possibility of resolving this matter short of trial, and will not exhaust them, before the current plea deadline. Counsel requests that the plea deadline be continued to October 21, 2025, and that a new Status Conference be set prior to that date.

5. The United States of America, through Assistant U.S. Attorney Kelly Milliron, has authorized the undersigned to represent that the government does not oppose the relief sought in this matter.

WHEREFORE, the Defendant seeks to continue the matters as previously stated.

Respectfully submitted this 22nd day of August 2025.

THE BEDELL FIRM

By: /s/ Henry M. Coxe III
Henry M. Coxe III
Florida Bar No. 0155193
E-Mail: *hmc@bedellfirm.com*
Brian T. Coughlin
Florida Bar No. 713732
E-Mail: *btc@bedellfirm.com*
Allan F. Brooke II
Florida Bar No. 994413
E-Mail: *afb@bedellfirm.com*
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

Attorney for Teresa Brady