UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

     v.                        CASE NO. 3:24-cr-251-MMH-SJH

TERESA BRADY
RUBY GEORGE

## MOTION TO WITHDRAW

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to withdraw the name of Assistant United States Attorney A. Tysen Duva in the above-styled cause.

The government is represented in this matter by Assistant United States Attorney Kelly S. Milliron.

                                              Respectfully submitted,

                                              GREGORY W. KEHOE
                                              United States Attorney

                        By:    */s/ A. Tysen Duva*
                              A. TYSEN DUVA
                              Assistant United States Attorney
                              Florida Bar No. 0603511
                              300 N. Hogan Street, Suite 700
                              Jacksonville, Florida 32202
                              Telephone:  (904) 301-6300
                              Facsimile:   (904) 301-6310
                              E-mail: Tysen.Duva@usdoj.gov

U.S. v. TERESA BRADY, ET AL.	Case No. 3:24-cr-251-MMH-SJH

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Henry M. Coxe, Esq.
>Allan Brooke, II, Esq.
>John Phillips, Esq.
>Brian Coughlin, Esq.
>John Woodlee, Esq.
>Reid Hart, Esq.

>*/s/ A. Tysen Duva*
>A. TYSEN DUVA
>Assistant United States Attorney

2