UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:24-cr-251-JEP-SJH

TERESA BRADY
RUBY GEORGE

## NOTICE OF APPEARANCE

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Assistant United States Attorney Michael J. Coolican has been assigned as co-counsel in this case. Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  /s/ Michael J. Coolican
MICHAEL J. COOLICAN
Assistant United States Attorney
USA No. 156
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: Michael.Coolican@usdoj.gov

**U.S. v. Teresa Brady, et al.**                              Case No. 3:24-cr-251-JEP-SJH

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Henry M. Coxe, Esq.
> Allan Brooke, II, Esq.
> John Phillips, Esq.
> Brian Coughlin, Esq.
> John Woodlee, Esq.
> Reid Hart, Esq.

>  /s/ *Michael J. Coolican*
> MICHAEL J. COOLICAN
> Assistant United States Attorney