UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 3:24-cr-251-MMH-SJH

TERESA BRADY

### PRELIMINARY ORDER OF FORFEITURE FOR PROCEEDS

THIS CAUSE comes before the Court upon the United States' Consent Motion for Preliminary Order of Forfeiture of Proceeds in the amount of $1,328,695.28, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2.(b)(2), which upon entry shall be a final order of forfeiture as to the defendant.

Being fully advised of the relevant facts, the Court finds that the United States has established that the defendant obtained $1,328,695.28 in proceeds as a result of the wire and mail fraud schemes charged in Counts One, Two, and Twelve of the Indictment, to which she has pleaded guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED and DECREED that for good cause shown, the United States' consent motion, Doc. 85, is GRANTED.

It is FURTHER ORDERED that the proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $1,328,695.28 order

of forfeiture. The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any substitute asset.

DONE and ORDERED in Jacksonville, Florida on December 30, 2025.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

Copies to:
Jennifer Harrington, AUSA
Counsel of Record