*United States v. Teresa Brady*, Case No. 3:24-cr-251-MMH-SJH

EXHIBIT A
# CHARACTER LETTERS

*(Separately submitted through U.S. Probation)*