*United States v. Teresa Brady*, Case No. 3:24-cr-251-MMH-SJH

# EXHIBIT B
# GOVERNMENT PRODUCTION
# AND ANALYSIS ("GPA")

On July 16, 2025, the United States produced eleven folders containing 56 documents, including written analysis of those documents.

Three of the analytical tables are attached as support for statements in the Sentencing Memorandum:

1. GPA A.02 – Loss Calculation From Payout of Accrued Leave Brady/George Embezzlement Scheme (shows loss calculation for leave only: Brady $1,235,820.38 from 2013-2022; George $1,175,981.72 from 2011-2022).

2. GPA B.03 – Leave Calculation Schedule DTU President Teresa Wilson Brady (shows "Available Leave Balance in Hours" of 5032 hours, 5368 hours, 5544 hours, 5512 hours, 5336 hours for period 2003-2007).

3. GPA B.06 – Schedule of Payments to DTU President Teresa W. Brady (shows effective rates 2007-2022).

## Loss Calculation From Payout of Accrued Leave
## Brady/George Embezzlement Scheme

| Year | Embezzlement Amount - Brady | Embezzlement Amount - George | Total Loss |
|---|---|---|---|
| 2011 |  | $14,644.26 | $14,644.26 |
| 2012 |  | $76,908.33 | $76,908.33 |
| 2013 | $85,552.32 | $131,694.48 | $217,246.80 |
| 2014 | $92,368.00 | $89,423.46 | $181,791.46 |
| 2015 | $162,336.76 | $116,359.52 | $278,696.28 |
| 2016 | $110,131.60 | $55,697.53 | $165,829.13 |
| 2017 | $310,577.28 | $210,122.80 | $520,700.08 |
| 2018 | $139,816.04 | $96,200.80 | $236,016.84 |
| 2019 | $108,752.32 | $148,947.24 | $257,699.56 |
| 2020 | $132,077.68 | $121,297.38 | $253,375.06 |
| 2021 | $16,727.90 | $50,796.96 | $67,524.86 |
| 2022 | $77,480.48 | $63,888.96 | $141,369.44 |
| Totals | $1,235,820.38 | $1,175,981.72 | $2,411,802.10 |

# Leave Calculation Schedule
## DTU President
## Teresa Wilson Brady

| Year | Leave Earned In Hours | Hours Used | Hours Sold | Total Hours Used/Sold | Available Leave Balance In Hours | Leave Balance Converted to Days |
|---|---|---|---|---|---|---|
| 1988 | 336 | 64 | 0 | 64 | 272 | 34 |
| 1989 | 336 | 40 | 0 | 40 | 568 | 71 |
| 1990 | 336 | 0 | 0 | 0 | 904 | 113 |
| 1991 | 336 | 40 | 0 | 40 | 1200 | 150 |
| 1992 | 336 | 0 | 0 | 0 | 1536 | 192 |
| 1993 | 336 | 0 | 0 | 0 | 1872 | 234 |
| 1994 | 336 | 40 | 0 | 40 | 2168 | 271 |
| 1995 | 336 | 0 | 0 | 0 | 2504 | 313 |
| 1996 | 336 | 0 | 0 | 0 | 2840 | 355 |
| 1997 | 336 | 40 | 0 | 40 | 3136 | 392 |
| 1998 | 336 | 0 | 0 | 0 | 3472 | 434 |
| 1999 | 336 | 0 | 0 | 0 | 3808 | 476 |
| 2000 | 336 | 0 | 0 | 0 | 4144 | 518 |
| 2001 | 336 | 0 | 120 | 120 | 4360 | 545 |
| 2002 | 336 | 0 | 0 | 0 | 4696 | 587 |
| 2003 | 336 | 0 | 0 | 0 | 5032 | 629 |
| 2004 | 336 | 0 | 0 | 0 | 5368 | 671 |
| 2005 | 336 | 0 | 160 | 160 | 5544 | 693 |
| 2006 | 336 | 0 | 368 | 368 | 5512 | 689 |
| 2007 | 336 | 32 | 480 | 512 | 5336 | 667 |
| 2008 | 336 | 0 | 945.3 | 945 | 4727 | 591 |
| 2009 | 336 | 0 | 1335 | 1335 | 3728 | 466 |
| 2010 | 336 | 0 | 1152 | 1152 | 2912 | 364 |

# Leave Calculation Schedule
## DTU President
## Teresa Wilson Brady

| Year | Leave Earned In Hours | Hours Used | Hours Sold | Total Hours Used/Sold | Available Leave Balance In Hours | Leave Balance Converted to Days |
|---|---|---|---|---|---|---|
| 2011 | 336 | 0 | 1760 | 1760 | 1488 | 186 |
| 2012 | 336 | 0 | 1607 | 1607 | 217 | 27 |
| 2013 | 336 | 0 | 2672 | 2672 | -2119 | -265 |
| 2014 | 336 | 0 | 1936 | 1936 | -3719 | -465 |
| 2015 | 336 | 0 | 3148 | 3148 | -6531 | -816 |
| 2016 | 336 | 0 | 1976 | 1976 | -8171 | -1021 |
| 2017 | 336 | 16 | 4736 | 4752 | -12587 | -1573 |
| 2018 | 336 | 40 | 2284 | 2324 | -14575 | -1822 |
| 2019 | 336 | 24 | 1816 | 1840 | -16079 | -2010 |
| 2020 | 336 | 0 | 2152 | 2152 | -17895 | -2237 |
| 2021 | 336 | 0 | 566 | 566 | -18125 | -2266 |
| 2022 | 336 | 0 | 1392 | 1392 | -19181 | -2398 |
| Totals | 11,760 | 336 | 30605 | 30941 | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 10/31/2007 | 2007 | | Teresa Brady | Vacation | DD52122 | 120 | $57.70 | $6,924.00 | $6,823.60 | | | | $6,924.00 |
| 0234001030325 | 11/28/2007 | 2007 | | Teresa Brady | Vacation | DD52151 | 200 | $57.70 | $11,540.00 | $8,457.12 | | | | $11,540.00 |
| | | 2007 Total | | | | | 320 | | | | | | | |

6

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 2/6/2008 | 2008 | | Teresa Brady | Vacation | DD52213 | 128 | $57.70 | $7,385.60 | $6,820.60 | | | | $7,385.60 |
| 0234001030325 | 2/6/2008 | 2008 | | Teresa Brady | Vacation | DD52225 | 277.3 | $57.70 | $16,000.21 | $14,776.20 | | | | $16,000.21 |
| 0234001030325 | 4/30/2008 | 2008 | | Teresa Brady | Vacation | DD52288 | 160 | $57.70 | $9,232.00 | $6,365.78 | | | | $9,232.00 |
| 0234001030325 | 10/29/2008 | 2008 | | Teresa Brady | Regular | DD52447 | 80 | $57.70 | $4,616.00 | $4,549.07 | | | | $4,616.00 |
| 0234001030325 | 11/26/2008 | 2008 | | Teresa Brady | Regular | DD52473 | 300 | $57.70 | $17,310.00 | $16,128.00 | | | | $17,310.00 |
| | | 2008 Total | | | | | 945.3 | | | | | | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 1/21/2009 | 2009 | | Teresa Brady | Vacation | DD52525 | 122 | $57.70 | $7,039.40 | $5,064.72 | | | | $7,039.40 |
| 0234001030325 | 1/26/2009 | 2009 | | Teresa Brady | Vacation | DD52538 | 61 | $57.70 | $3,519.70 | $3,250.44 | | | | $3,519.70 |
| 0234001030325 | 4/29/2009 | 2009 | | Teresa Brady | Vacation | DD52625 | 360 | $57.70 | $20,772.00 | $16,580.57 | | | | $20,772.00 |
| 0234001030325 | 7/10/2009 | 2009 | | Teresa Brady | Vacation | DD52690 | 200 | $57.70 | $11,540.00 | $7,843.45 | | | | $11,540.00 |
| 0234001030325 | 9/16/2009 | 2009 | | Teresa Brady | Vacation | Unknown | 240 | $57.70 | $13,848.00 | $10,028.76 | | | | $13,848.00 |
| 0234001030325 | 10/28/2009 | 2009 | | Teresa Brady | Vacation | DD52778 | 352 | $57.70 | $20,310.40 | $19,532.75 | | | | $20,310.40 |
| | | 2009 Total | | | | | 1335 | | | | | | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 1/20/2010 | 2010 | | Teresa Brady | Vacation - Reclassified 03/31/2010 on Payroll Journal | Unknown | 280 | $57.70 | $16,156.00 | $10,511.80 | | | | $16,156.00 |
| 0234001030325 | 3/3/2010 | 2010 | | Teresa Brady | Vacation - Reclassified 03/31/2010 on Payroll Journal | Unknown | 216 | $57.70 | $12,463.20 | $10,940.28 | | | | $12,463.20 |
| 0234001030325 | 3/31/2010 | 2010 | | Teresa Brady | Vacation | DD52928 | 240 | $57.70 | $13,848.00 | $9,174.72 | | | | $13,848.00 |
| 0234001030325 | 8/4/2010 | 2010 | | Teresa Brady | Vacation | Unknown | 416 | $57.70 | $24,003.20 | $16,500.36 | | | | $24,003.20 |
| | | 2010 Total | | | | | 1152 | | | | | | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 1/5/2011 | 2011 | | Teresa Brady | Vacation | Unknown | 320 | $57.70 | $18,464.00 | $12,223.51 | | | | $18,464.00 |
| 0234001030325 | 6/22/2011 | 2011 | | Teresa Brady | Vacation | DD53332 | 160 | $57.70 | $9,232.00 | $6,631.23 | | | | $9,232.00 |
| 0234001030325 | 7/6/2011 | 2011 | | Teresa Brady | Vacation | Unknown | 480 | | $27,696.00 | $21,999.63 | | | | $27,696.00 |
| 0234001030325 | 8/17/2011 | 2011 | | Teresa Brady | Vacation | Unknown | 800 | $57.70 | $46,160.00 | $30,599.81 | | | | $46,160.00 |
| | | 2011 Total | | | | | 1760 | | | | | | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 2/1/2012 | 2012 | | Teresa Brady | Vacation | Unknown | 400 | $57.70 | $23,080.00 | $20,000.00 | | | | $23,080.00 |
| 0234001030325 | 3/28/2012 | 2012 | | Teresa Brady | Vacation | DD53557 | 440 | $57.70 | $25,388.00 | $20,097.82 | | | | $25,388.00 |
| 0234001030325 | 6/6/2012 | 2012 | | Teresa Brady | Vacation | Unknown | 207 | $57.70 | $11,945.49 | $10,000.00 | | | | $11,945.49 |
| 0234001030325 | 7/3/2012 | 2012 | | Teresa Brady | Regular | Unknown | 200 | $57.70 | $11,540.00 | $10,000.00 | | | | $11,540.00 |
| 0234001030325 | 11/7/2012 | 2012 | | Teresa Brady | Regular | Unknown | 360 | $57.70 | $20,782.80 | $17,777.00 | | | | $20,782.80 |
| | | 2012 Total | | | | | 1607 | | | | | | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 1/16/2013 | 2013 | | Teresa Brady | Vacation | DD53769 | 496 | $57.70 | $28,619.20 | $20,705.99 | | | | $28,619.20 |
| 0234001030325 | 2/27/2013 | 2013 | | Teresa Brady | Regular | | 560 | $57.70 | $32,312.00 | $20,000.00 | | | | $32,312.00 |
| 0234001030325 | 5/8/2013 | 2013 | | Teresa Brady | Vacation | DD53853 | 640 | $57.73 | $36,947.20 | $24,917.71 | | | | $36,947.20 |
| 0234001030325 | 7/3/2013 | 2013 | | Teresa Brady | Vacation | | 336 | $57.73 | $19,397.28 | $12,714.92 | | | | $19,397.28 |
| 0234001030325 | 10/24/2013 | 2013 | | Teresa Brady | Regular | DD53971 | 640 | $57.73 | $36,947.20 | $30,000.00 | | | | $36,947.20 |
| | | 2013 Total | | | | | 2672 | | | | | | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 1/29/2014 | 2014 | | Teresa Brady | Vacation | DD54042 | 480 | $57.73 | $27,710.40 | $16,793.90 | | | | $27,710.40 |
| 0234001030325 | 3/26/2014 | 2014 | | Teresa Brady | Vacation | DD54083 | 480 | $57.73 | $27,210.40 | $16,793.91 | | | | $27,210.40 |
| 0234001030325 | 6/4/2014 | 2014 | | Teresa Brady | Vacation | DD54131 | 42 | $57.73 | $2,424.66 | $1,754.25 | | | | $2,424.66 |
| 0234001030325 | 6/4/2014 | 2014 | | Teresa Brady | Vacation | DD54141 | 294 | $57.73 | $16,972.62 | $12,814.16 | | | | $16,972.62 |
| 0234001030325 | 8/27/2014 | 2014 | | Teresa Brady | Vacation | DD54189 | 480 | $57.73 | $27,710.40 | $18,164.17 | | | | $27,710.40 |
| 0234001030325 | 12/17/2014 | 2014 | | Teresa Brady | Vacation | DD54273 | 160 | $57.73 | $9,236.80 | $6,710.53 | | | | $9,236.80 |
| | | 2014 Total | | | | | 1936 | | | | | | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 1/14/2015 | 2015 | | Teresa Brady | Vacation | DD54292 | 240 | $57.73 | $13,855.20 | $8,638.72 | | | | $13,855.20 |
| 0234001030325 | 3/6/2015 | 2015 | | Teresa Brady | Vacation | DD54330 | 320 | $57.73 | $18,473.60 | $10,964.09 | | | | $18,473.60 |
| 0234001030325 | 4/22/2015 | 2015 | | Teresa Brady | Vacation | DD54359 | 800 | $57.73 | $46,184.00 | $31,014.92 | | | | $46,184.00 |
| 0234001030325 | 5/20/2015 | 2015 | | Teresa Brady | Vacation | DD54378 | 200 | $57.73 | $11,546.00 | $8,492.08 | | | | $11,546.00 |
| 0234001030325 | 6/3/2015 | 2015 | | Teresa Brady | Vacation | DD54395 | 336 | $57.73 | $19,397.28 | $14,266.70 | | | | $19,397.28 |
| 0234001030325 | 6/17/2015 | 2015 | | Teresa Brady | Vacation | DD54406 | 336 | $57.73 | $19,397.28 | $15,236.55 | | | | $19,397.28 |
| 0234001030325 | 7/1/2015 | 2015 | | Teresa Brady | Vacation | DD54418 | 336 | $57.73 | $19,397.28 | $15,161.95 | | | | $19,397.28 |
| 0234001030325 | 10/21/2015 | 2015 | | Teresa Brady | Vacation | DD54492 | 40 | $57.73 | $2,309.20 | $1,843.65 | | | | $2,309.20 |
| 0234001030325 | 10/21/2015 | 2015 | | Teresa Brady | Vacation | DD54502 | 40 | $57.73 | $2,309.20 | $1,843.66 | | | | $2,309.20 |
| 0234001030325 | 11/4/2015 | 2015 | | Teresa Brady | Vacation | DD54505 | 300 | $57.73 | $17,319.00 | $15,180.11 | | | | $17,319.00 |
| 0234001030325 | 12/2/2015 | 2015 | | Teresa Brady | Regular | | 80 | $57.73 | $4,618.40 | $3,584.40 | | | This payment could not be verified as being received - Gross - $4,618.4 ; Net - $3,584.40 | $4,618.40 |
| 0234001030325 | 12/16/2015 | 2015 | | Teresa Brady | Vacation | DD54538 | 120 | $57.73 | $6,927.60 | $5,379.28 | | | | $6,927.60 |
| | | 2015 Total | | | | | 3148 | | | | | | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 1/27/2016 | 2016 | | Teresa Brady | Vacation | DD54576 | 480 | $66.81 | $31,108.80 | $26,272.66 | | | | $31,108.80 |
| 0234001030325 | 4/6/2016 | 2016 | | Teresa Brady | Vacation | DD54622 | 760 | $66.81 | $50,775.60 | $34,199.89 | | | | $50,775.60 |
| 0234001030325 | 6/1/2016 | 2016 | | Teresa Brady | Vacation | DD54664 | 240 | $66.81 | $16,034.40 | $10,670.89 | | | | $16,034.40 |
| 0234001030325 | 9/7/2016 | 2016 | | Teresa Brady | Vacation | DD54737 | 336 | $66.81 | $22,448.16 | $19,766.14 | | | | $22,448.16 |
| 0234001030325 | 11/16/2016 | 2016 | | Teresa Brady | Vacation | DD54790 | 160 | $70.33 | $11,252.80 | $7,387.46 | | | | $11,252.80 |
| | | 2016 Total | | | | | 1976 | | | | | | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 1/25/2017 | 2017 | | Teresa Brady | Vacation | DD54857 | 600 | $70.33 | $42,198.00 | $30,530.25 | | | | $42,198.00 |
| 0234001030325 | 3/8/2017 | 2017 | | Teresa Brady | Vacation | DD54886 | 600 | $70.33 | $42,198.00 | $30,530.25 | | | | $42,198.00 |
| 0234001030325 | 4/21/2017 | 2017 | | Teresa Brady | Regular | DD54923 | 200 | $70.33 | $14,066.00 | $10,345.54 | | | | $14,066.00 |
| 0234001030325 | 5/24/2017 | 2017 | | Teresa Brady | Regular | DD54943 | 336 | $70.33 | $23,630.88 | $17,353.41 | | | Gross/Hourly Rate = 336 hours | $23,630.88 |
| 0234001030325 | 6/14/2017 | 2017 | | Teresa Brady | Vacation | DD54955 | 800 | $70.33 | $56,264.00 | $40,969.31 | | | | $56,264.00 |
| 0234001030325 | 8/18/2017 | 2017 | | Teresa Brady | Vacation - 500 Vacation - 500 | DD55005 | 1000 | $70.33 | $70,330.00 | $51,094.74 | | | | $70,330.00 |
| 0234001030325 | 11/8/2017 | 2017 | | Teresa Brady | Vacation - 999 Vacation - 201 | DD55061 | 1200 | $70.33 | $84,396.00 | $44,434.49 | | | | $84,396.00 |
| | | 2017 Total | | | | | 4736 | | | | | | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 2/21/2018 | 2018 | | Teresa Brady | Vacation 680 Hours | DD55129 | 680 | $70.33 | $47,824.40 | $32,209.73 | | | | $47,824.40 |
| 0234001030325 | 5/16/2018 | 2018 | | Teresa Brady | Vacation 336 Hours | DD55187 | 336 | $70.33 | $23,630.88 | $17,353.40 | | | | $23,630.88 |
| 0234001030325 | 6/27/2018 | 2018 | | Teresa Brady | Vacation 336 Hours | DD55216 | 336 | $70.33 | $23,630.88 | $17,167.83 | | | | $23,630.88 |
| 0234001030325 | 9/11/2018 | 2018 | 9/12/2018 | Teresa Brady | 34 Days Sold - Tax $5,231.99 | 29771 | 272 | $70.33 | $19,129.76 | $13,897.77 | Teresa W. Brady Ruby George | Teresa W. Brady | | $19,129.76 |
| 0234001030325 | 11/14/2018 | 2018 | | Teresa Brady | Vacation 300 Hours | DD55316 | 300 | $70.33 | $21,099.00 | $15,301.31 | | | | $21,099.00 |
| 0234001030325 | 12/13/2018 | 2018 | | Teresa Brady | Vacation 360 Hours | DD55335 | 360 | $70.33 | $25,318.80 | $18,394.11 | | | | $25,318.80 |
| | | 2018 Total | | | | | 2284 | | | | | | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 3/26/2019 | 2019 | | Teresa Brady | 15 days | 30155 | 120 | $70.33 | $8,539.60 | $8,539.60 | Ruby George Terrie W. Brady | Terrie W. Brady Teresa W. Brady | 120 hours x $70.33 = $8,439.60 | $8,539.60 |
| 0234001030325 | 3/26/2019 | 2019 | 4/5/2019 | Teresa Brady | 15 days | 30172 | 120 | $70.33 | $8,539.60 | $8,539.60 | Terrie W. Brady Ruby George | Teresa W. Brady | | $8,539.60 |
| 0234001030325 | 5/30/2019 | 2019 | 6/3/2019 | Teresa Brady | 336 hour reduced by FICA and Medicare tax Per Payroll Journal: PTO | 30306 | 336 | $70.33 | $23,630.88 | $21,823.11 | Ruby George Terrie W. Brady | Teresa W. Brady | | $23,630.88 |
| 0234001030325 | 8/15/2019 | 2019 | 8/16/2019 | Teresa Brady | 320 hour reduced by FICA and Medicare tax | 30436 | 320 | $72.73 | $23,274.88 | $17,000.00 | Ruby George | Teresa W. Brady | | $23,274.88 |
| 0234001030325 | 10/23/2019 | 2019 | | Teresa Brady | PTO 800 Hours | DD55543 | 800 | $72.73 | $58,187.20 | $45,457.47 | | | | $58,187.20 |
| 0234001030325 | 12/18/2019 | 2019 | 12/20/2019 | Teresa Brady | 15 days | 30670 | 120 | $72.73 | $12,056.14 | $8,728.08 | Terrie W. Brady Ruby George | Teresa W. Brady | | $12,056.14 |
| | | 2019 Total | | | | | 1816 | | | | | | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 1/24/2020 | 2020 | | Teresa Brady | 37 days | 30718 | 296 | $72.73 | $21,528.08 | $18,450.70 | Terrie W. Brady / Ruby George | Teresa W. Brady | | $21,528.08 |
| 0234001030325 | 2/14/2020 | 2020 | 2/27/2020 | Teresa Brady | 800 hours - tax Per Payrol Journal: Vacation | 30776 | 800 | $72.73 | $58,187.20 | $39,189.08 | Ruby George | Teresa W. Brady | | $58,187.20 |
| 0234001030325 | 4/22/2020 | 2020 | | Teresa Brady | 320 hours - tax | 30839 | 320 | $72.73 | $23,273.60 | $19,494.35 | Ruby George / Terrie W. Brady | Teresa W. Brady | tax paid?? | $23,273.60 |
| 0234001030325 | 6/18/2020 | 2020 | 6/19/2020 | Teresa Brady | 336 hours | 30916 | 336 | $72.73 | $24,438.62 | $22,830.40 | Teresa W. Brady / Ruby George | | | $24,438.62 |
| 0234001030325 | 11/13/2020 | 2020 | 11/23/2020 | Teresa Brady | 400 Hours Gross $29,093.60 - tax Net $26,690.54 | 31112 | 400 | $72.73 | $29,093.60 | $26,690.54 | Ruby George | Teresa W. Brady | | $29,093.60 |
| | | 2020 Total | | | | | 2152 | | | | | | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 3/17/2021 | 2021 | | Teresa Brady | Vacation 230 Hours | DD55881 | 230 | $72.73 | $16,728.82 | $10,095.84 | | | | $16,728.82 |
| 0234001030325 | 11/10/2021 | 2021 | | Teresa Brady | PTO 336 Hours | DD56027 | 336 | $72.73 | $24,438.62 | $22,860.40 | | | | $24,438.62 |
| | | 2021 Total | | | | | 566 | | | | | | | |

Schedule of Payments to DTU President Teresa W. Brady

| Account # | Trans Date | Year | Clearing Da | Payee/Payor | Description | Check # | Hours | Rate | Gross Amount | Net Amount | Signed by | Endorsed | Document | Payments for Leave/Additional Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234001030325 | 5/16/2022 | 2022 | | Teresa Brady | Regular 200 hours | 31949 | 200 | $72.73 | $14,546.80 | $13,279.39 | Terrie W. Brady Ruby George | Teresa W. Brady | | $14,546.80 |
| 0234001030325 | 7/7/2022 | 2022 | | Teresa Brady | 336 hours | 32028 | 336 | | $16,209.54 | $16,209.54 | Ruby George | Teresa W. Brady | | $16,209.54 |
| 0234001030325 | 7/20/2022 | 2022 | | Teresa Brady | Regular 336 Hours | DD56217 | 336 | $72.73 | $24,438.62 | $16,209.54 | | | | $24,438.62 |
| 0234001030325 | 9/3/2022 | 2022 | 9/7/2022 | Teresa Brady | 30 days gross $17,455.28 | 31272 | 240 | $72.73 | $16,802.70 | $12,628.94 | Terrie W. Brady Ruby George | Teresa W. Brady | | $16,802.70 |
| 0234001030325 | 12/21/2022 | 2022 | | Teresa Brady | Regular (calculates as 280 hours @ $75.15) | DD56319 | 280 | $75.15 | $21,042.00 | $15,376.81 | | | | $21,042.00 |
| | | 2022 Total | | | | | 1392 | | | | | | | |