*United States v. Teresa Brady*, Case No. 3:24-cr-251-MMH-SJH

EXHIBIT C
# SAMPLE LEAVE SUMMARIES

In the course of production the United States produced various documents from the search of DTU facilities which facially purported to be leave summaries for officers. (These were not prepared by Ms. Brady.)

Neither the United States nor the defendant believe these documents accurately reflect legitimate amounts of leave, but a sample may provide the Court with clarifying context:

- "Leadership Leave Days 2007/08/09" (dated October 23, 2009).
- "Leadership Leave Days 2007/08/09/10/11" (dated December 7, 2009).
- "Leadership Leave Days 2010 /2011 /2012" (undated).
- "Leadership Leave Days 2011 /2012/2013/2014" (dated January 14, 2015).
- "Leadership Leave Days" (4 pages, various dates up to July 14, 2015).
- "Current Days (reconciled)" (dated December 16, 2015).
- "Current Days (reconciled)" (dated January 21, 2016).
- "Current Days (reconciled 3-31-2017)" (dated March 31, 2017).

October 23, 2009

**Leadership Leave Days 2007/08/09**

| | | | |
|---|---|---|---|
| Brady, Terrie | Beginning | | Ending |
| | 622 | (175) – 3 | 444 |
| George, Ruby | 567 | (175) - 5 | 387 |

- Days Sold
- Days Used

ITEM 041-MISC DOCS-000028

December 7, 2009

**Leadership Leave Days 2007/08/09/10/11**

| Brady, Terrie | Beginning | | Ending |
|---|---|---|---|
| | 622 | (131) – 3 (44) | 444 |
| 9/16/09 | 444 | (30) | 414 |
| 12-07-09 | | (25) | 389 |
| 1/20/10 | 389 | (35) | 354 |
| 2/25/10 | 384 | (27) | 327 |
| 3/30/10 | 327 | (30) | 297+42=339 |
| 7/21/10 | 339 | (52) | 287 |
| 1/1/11 | 287 | (40) | 247 |
| | | | |
| George, Ruby | 567 | (175) - 5 | 387 |
| 12-07-09 | 387 | (20) -1 | 367 |
| 2/17/10 | 367 | (35) -1 | 331 |
| 3/17/10 | 331 | (48) | 283 |
| 4/22/10 | 283 | (40) | 243 |
| 5/20/10 | 243 | (10) | 233+42=275 |
| 7/21/10 | 275 | (52) | 223 |
| 12/7/10 | 223 | (10) | 213 |
| 4/20,21/11 | 213 | (-2) | 211 |

- Days Sold
- Days Used
- +42 new days (6/1/10)

Value

TB  1976 X 57.7000 =$114,015.20
RG  1688 X 51.9300 = $87,657.84

# Leadership Leave Days 2010 /2011 /2012

| Brady, Terrie | Beginning | | | | | Ending |
|---|---|---|---|---|---|---|
| | 622 | (355) – 4 | 444 (363) | = +42 | (100) | 305 |

| George, Ruby | 567 | (270) - 6 | 387 (306) | = + 42 | | 333 |

- • Days Sold
- − Days Used
- + New Days Added

# Leadership Leave Days 2011 /2012/2013/2014

| Brady, Terrie | Beginning | | | | Ending |
| • 622 | (355) – 4 | 444 (363) | = +42 | (100) | 308 |

| George, Ruby | 567 | (270) - 6 | 387 (306) | = + 42 | 333 |

(10)  Balance 323

- • Days Sold
- – Days Used
- + New Days Added
- <mark>Needs to reconcile</mark>

~~Reconciled  8/27/14~~

Reconciled  1/14/2015

# Leadership Leave Days

Leadership Leave Days
Reconciled

Terrie Brady

1988 to 1989

42 – 8 =34 (272) hrs)x 1988 hourly rate @ $15.58 =$4,237.76

Current hrly. 57.73 x258hrs = $14,894.34

1989
42-5 = 37 (296 hrs) x 1998 hourly rate @16.68 = $4,937.28
Current hrly. rate 57.70 x 296hrs = $17,088.08

1991
84 – 5 =79 (632 hrs.)X 1989 -1991hourly rate @ $17.46 = $11,034.72
Curent rate 57.73 X 632hrs= $36,485.36

1992-94
126 – 5 =121 (968 hrs)x 1992-94 hourly rate @ $18.66 = $18,062.88
Curent rate 57.73 X  968 hrs =$55,882.64

1995
42 – 0 =42 (336 hrs)x 1995 hourly rate @ $19.63= $6,595.68
Current hrly. rate  57.73X336=$19,397.28

1996
42 – 0 =42 (336 hrs)x 1996 hourly rate @ $20.64 $6,935.04
Current hrly. rate  57.73X336=$19,397.28
1997
42 – 5 =37 (296 hrs)x 1997 hourly rate @ $21.12= $6,251.52
Current hrly. rate  57.73X256=$17,088.08

1998 Elected President of DTU

Total as consultant:
$58,054.88                                                  (392 DAYS)
Totals:
$180,233.06

Updated 3/24/2015

# Leadership Leave Days

Leadership Leave Days
Reconciled

| Terrie's Days | Beginning Balance | 392 (Consultant days) |
|---|---|---|

| Date: | Days Sold: | Balance: |
|---|---|---|
| 1/14/2015 | 30 | 362 |
| 3/6/2015 | 40 | 322 |
| 4/22/2015 | 100 | 222 |
| 5/20/2015 | 25 | 197 |
| 6/17/2015 | 42 | 155 |
| 7/01/2015 | 42 | 113 |

Reconciled 7/14/2015


| Terrie's Days | Beginning Balance | 461+42=503 (As President) |
|---|---|---|

| Date | Days Sold | Balance |
|---|---|---|
| 1/29/2014 | 60 | 443 |
| 3/26/2014 | 60 | 383 |
| 6/04/2014 | 42 | 341 |
| 6/04/2014 | 36 | 305 |
| 8/27/2014 | 60 | 245 |
| 12/17/2014 | 20 | 225 |

Reconciled 7/14/2014

Ruby George

1995 -1996
Granted 30 days (Probationary)

30( rolled over) (240 hrs) X 1995 hourly rate @ $17.30= $4,152.00
Current hrly. rate  51.95 X 240=$12,468.00

Elected Executive President of DTU in 1998

1998
All days total 114+30 (1,152 hrs) 51.93 X 1152=$47,360.16

             Total $59,846.40

(144 DAYS-25=119)

Current Days
(reconciled)

Leadership:
Brady, T.              461- 278 = 183 + 42 Balance = 225 value $103,914.00

(Prior days from staff consultant not averaged in yet)

—

Reconciled 7-14-2015

George, R.              504 -204 sold -7 personal  Balance = 293 + 42 =335
value $121,723.92

(Prior days from staff consultant not averaged in yet) ~~Will sell 70 days~~ on 2/18/2015 sold 25+42

Balance 268 Days  value $111,380.80,

Reconciled:
~~February 18,2015~~
July 14, 2015

Current Days
(reconciled)

Leadership:
Brady, T.            461+ 392 = 862.50- 371 Balance = 491.50 value $215,336.40

(Prior days from staff consultant averaged in.)

Reconciled 12/14/2015

George, R.            504 +204 =708 -401-7 personal  Balance = 394 value $163,746.40

(Prior days from staff consultant averaged in)

Balance 268 Days value $111,380.80,

Reconciled:
~~12/14/2015~~
12/16/2015

Current Days
(reconciled)

**Leadership:**
Brady, T.

| | |
|---|---|
| Roll Over | 392 balance – 100 = 292   (staff consultant) |
| President | 461 |
| | Total   753    (6,024 hours) cost = $390,415.44 |
| $64.81 | sold    60   balance  693 |

(Prior days from staff consultant averaged in.)

Reconciled 1/21/2016

---

George, R.

| | |
|---|---|
| Roll Over | 293 balance -67 = 226 (staff consultant) |
| Executive Vice President | 398 |
| 58.33 | Total   624  (4,992 hours) cost = $291,183.36 |

(Prior days from staff consultant averaged in)

Reconciled:
~~12/14/2015~~
~~12/16/2015~~
1/21/2016

ITEM 041-MISC DOCS-000036

## Current Days
### (reconciled  3-31-2017)

Leadership:
Brady, T.                461- 278 = 183 + 42 Balance = 225 value $103,914.00

(Prior days from staff consultant not averaged in yet)

Reconciled 7-14-2015
Reconciled 4/4/2016

225+392 = 617
Sold 95
Balance 522

522 Days X 8 Hours = 4,176 hours X $70.33= $293,698.08

11-09-2016

All days averaged in:

Total        753

Sold 60 1/27/2016 = 693

Sold 95 4/06/2016 = 598

Sold 32.5 6/01/2016 = 568

Sold 160 11/16/2016 = 402

Sold 75 1/25/2017

Sold 75 3/8/2017

Sold Annual 42 days 9/07/2016 (New not deducted from 753)

Value = 3,216 hours @70.330 = $226,181.28

Balance of days 252 Value = 2,016 X 70.330=$141,786.00 Reconciled 3/31/2017