*United States v. Teresa Brady*, Case No. 3:24-cr-251-MMH-SJH

EXHIBIT D
## SAMPLE AUDIT REPORTS

In the course of production the United States produced various audit reports from the search of DTU facilities, three of which are cited in support of facts asserted in the Sentencing Memorandum:

FY2008, Independent Auditors' Report (Masters, Smith and Wisby, P.A., CPAs).

FY2009, Independent Auditor's Report (Roy Miller and Associates, CPAs).

FY2020, Independent Auditor's Report (Robert M. Thaggard, CPA).

*Financial Statements*

**Duval Teachers United, Inc.**
**(A Not-For-Profit Corporation)**

**Year Ended August 31, 2008**

# CONTENTS

|                                      | Page |
|--------------------------------------|------|
| INDEPENDENT AUDITORS' REPORT         | 1    |
| FINANCIAL STATEMENTS:                |      |
| Statement of Financial Position      | 2    |
| Statement of Activities              | 3    |
| Statement of Cash Flows              | 4    |
| Notes to Financial Statements        | 5    |



CERTIFIED PUBLIC ACCOUNTANTS
AND BUSINESS CONSULTANTS

John L. Smith, CPA, Emeritus
Steven D. Rawlins, CPA
Gary M. Huggett, CPA
Jeffrey F. Scales, CPA
Samuel R. Odom, CPA
Jeffrey M. Jacobs, CPA

## INDEPENDENT AUDITORS' REPORT

Board of Directors
Duval Teachers United, Inc.
Jacksonville, Florida

We have audited the accompanying statement of financial position of Duval Teachers United, Inc. (a not-for-profit corporation) as of August 31, 2008, and the related statements of activities and cash flows for the year then ended. These financial statements are the responsibility of the Organization's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Duval Teachers United, Inc. (a not-for profit corporation) as of August 31, 2008, and the changes in its net assets and its cash flows for the year then ended, in conformity with accounting principles generally accepted in the United States of America.

The accompanying financial statements have been prepared assuming that the Organization will continue as a going concern. As discussed in Note J to the financial statements, the Organization has a net deficiency in its net assets account and running at negative cash that raises substantial doubt about its ability to continue as a going concern. Management's plans in regard to these matters are also described in Note J. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

*Masters, Smith & Wisby, P.A.*

Certified Public Accountants

March 11, 2009

1

THE CAPITAS BUILDING • 7791 BELFORT PARKWAY • JACKSONVILLE, FLORIDA 32256
TELEPHONE 904-396-2202 • TOLL FREE 1-866-396-2202 • FAX 904-398-1315 • E-MAIL info@mswcpa.com
Members American and Florida Institutes of Certified Public Accountants

## DUVAL TEACHERS UNITED, INC.
### (A NOT-FOR-PROFIT CORPORATION)

STATEMENT OF FINANCIAL POSITION
AUGUST 31, 2008

| ASSETS | Unrestricted Operating | Unrestricted Retirement | Permanently Restricted | Total |
|---|---|---|---|---|
| **Current Assets:** | | | | |
| Cash | $ 223,246 | $ - | $ 7,423 | $ 230,669 |
| Accounts receivable | 157,454 | - | - | 157,454 |
| Total Current Assets | 380,700 | - | 7,423 | 388,123 |
| **Long-Term Investments** | 94,852 | 187,063 | - | 281,915 |
| **Property and Equipment:** | | | | |
| Land | 59,500 | - | - | 59,500 |
| Buildings | 229,733 | - | - | 229,733 |
| Equipment and furniture | 153,787 | - | - | 153,787 |
| | 443,020 | - | - | 443,020 |
| Less, accumulated depreciation | (284,110) | - | - | (284,110) |
| Total Property and Equipment | 158,910 | - | - | 158,910 |
| Total Assets | $ 634,462 | $ 187,063 | $ 7,423 | $ 828,948 |

### LIABILITIES AND NET ASSETS

| | | | | |
|---|---|---|---|---|
| **Current Liabilities:** | | | | |
| Bank overdrafts | $ 425,560 | $ - | $ - | $ 425,560 |
| Accounts payable - affiliated organizations | 381,865 | - | - | 381,865 |
| Accounts payable - other | 32,179 | - | - | 32,179 |
| Credit line - First National Bank | 67,042 | - | - | 67,042 |
| Accrued expenses | 688,717 | - | - | 688,717 |
| Total Current Liabilities | 1,595,363 | - | - | 1,595,363 |
| **Retirement Payable** | - | 187,063 | - | 187,063 |
| **Net Assets** | (960,901) | - | 7,423 | (953,478) |
| Total Liabilities and Net Assets | $ 634,462 | $ 187,063 | $ 7,423 | $ 828,948 |

See notes to financial statements
2

# DUVAL TEACHERS UNITED, INC
## (A NOT-FOR-PROFIT CORPORATION)

### STATEMENT OF ACTIVITIES
### YEAR ENDED AUGUST 31, 2008

| | Unrestricted | | Permanently | |
| --- | --- | --- | --- | --- |
| | Operating | Retirement | Restricted | Total |
| **Revenues, Gains, and Other Support** | | | | |
| Membership dues | $ 3,940,565 | $ - | $ - | $ 3,940,565 |
| Other assistance | 403,972 | - | - | 403,972 |
| Investment return on retirement assets | - | (23,499) | - | (23,499) |
| Increase in fair market value on retirement liability | - | 23,499 | - | 23,499 |
| Unrealized and realized loss on investments | (6,862) | - | - | (6,862) |
| Interest and dividend income | 3,532 | - | 74 | 3,606 |
| Total Revenues, Gains, and Other Support | 4,341,207 | - | 74 | 4,341,281 |
| **Expenditures** | | | | |
| Affiliate dues | 2,327,188 | - | - | 2,327,188 |
| Salaries and payroll taxes | 1,206,931 | - | - | 1,206,931 |
| Employee benefits | 36,624 | - | - | 36,624 |
| Employee travel and expenses | - | - | - | - |
| Retirement expenses-qualified | 132,987 | - | - | 132,987 |
| Building expense | 83,361 | - | - | 83,361 |
| Office expense | 113,325 | - | 3 | 113,328 |
| Membership expense | 387,363 | - | - | 387,363 |
| Political action | 21,656 | - | - | 21,656 |
| Collective bargaining | 6,228 | - | - | 6,228 |
| Communications-voice leader | 11,452 | - | - | 11,452 |
| Economic benefit-legal | 7,833 | - | - | 7,833 |
| Depreciation | 25,413 | - | - | 25,413 |
| Interest expenses | 12,236 | - | - | 12,236 |
| Total Expenditures | 4,372,597 | - | 3 | 4,372,600 |
| **Changes in Net Assets** | (31,390) | - | 71 | (31,319) |
| **Net Assets, Beginning of Year** (as restated) | (929,511) | - | 7,352 | (922,159) |
| **Net Assets, End of Year** | $ (960,901) | $ - | $ 7,423 | $ (953,478) |

See notes to financial statements

3

DUVAL TEACHERS UNITED, INC.
(A NOT-FOR-PROFIT CORPORATION)

STATEMENTS OF CASH FLOWS
YEAR ENDED AUGUST 31, 2008

| | | |
|---|---:|---:|
| **Cash Flows from Operating Activities:** | | |
| Change in net assets | $ | (31,319) |
| Adjustments to reconcile change in net assets | | |
| to net cash flows from operating activities: | | |
| Depreciation | | 25,412 |
| Unrealized gains on investments | | 4,055 |
| Changes in assets and liabilities: | | |
| Accounts receivable | | (4,165) |
| Prepaid expenses | | - |
| Accounts payable – affiliate organizations | | 194,983 |
| Accounts payable - other | | (22,700) |
| Accrued expenses | | (3,657) |
| Bank overdrafts | | (4,971) |
| | | |
| Net Cash Flows from Operating Activities | | 157,638 |
| | | |
| **Cash Flows from Investing Activities:** | | |
| Tranfers to investment account | | (80,000) |
| Tranfers from investment account | | 96,068 |
| | | |
| Net Cash Flows from Investing Activities | | 16,068 |
| | | |
| **Cash Flows from Financing Activities:** | | |
| Payments on line of credit | | (93,404) |
| | | |
| Net Change in Cash and Cash Equivalents | | 80,302 |
| | | |
| Cash and Cash Equivalents, Beginning of Period | | 102,184 |
| | | |
| Cash and Cash Equivalents, End of Period | $ | 182,486 |
| | | |
| **Supplemental Disclosure of Cash Flow Information:** | | |
| Interest Paid on Line of Credit | $ | 12,236 |

See notes to financial statements

4

DUVAL TEACHERS UNITED, INC
(A NOT-FOR-PROFIT CORPORATION)
NOTES TO THE FINANCIAL STATEMENTS
Year Ended August 31, 2008

**A.    Organization and Purpose:**

Duval Teachers United, Inc. (the Organization) is a Florida nonprofit corporation located in Jacksonville, FL and chartered in 1986. It is organized in affiliation with the American Federation of Teachers and the Florida Education Association/United. The purpose of this organization is to represent and advance the interests of teachers and public education through the collective bargaining process, grievance procedures, petition, legislation, and education.

**B.    Summary of Significant Accounting Policies:**

Basis of Accounting:

The Organization's financial statements have been prepared on the accrual basis of accounting and accordingly reflect all significant receivables, payables, and other liabilities.

Basis of Presentation:

Financial statement presentation follows the recommendations of the Financial Accounting Standards Board in its Statement of Financial Accounting Standards (SFAS) No. 117, Financial Statements of Not-for-Profit Organizations. Under SFAS No. 117, the Organization is required to report information regarding its financial position and activities according to three classes of net assets: unrestricted, temporarily restricted, and permanently restricted net assets.

Income Taxes:

The Organization is a not-for-profit organization exempt from federal income taxes under Section 501(c)(5) for the U.S. Internal Revenue Code.

Cash and Cash Equivalents:

For purposes of the statement of cash flows, the Organization considers all unrestricted highly liquid investments with an initial maturity of three months or less to be cash equivalents.

Investments:

The Organization has adopted SFAS No. 124, "Accounting for Certain Investments Held by Not-for-Profit Organizations". Under SFAS No. 124 investments in marketable securities with readily determinable fair values and all investments in debt securities are reported at their fair values in the statement of financial position. Unrealized gains and losses are included in the change in net assets.

Use of Estimates:

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect certain amounts and disclosures. Accordingly, actual results could differ from those estimates.

(continued)

DUVAL TEACHERS UNITED, INC
(A NOT-FOR-PROFIT CORPORATION)
NOTES TO THE FINANCIAL STATEMENTS
Year Ended August 31, 2008
(continued)

B.    **Summary of Significant Accounting Policies (continued):**

Property and Equipment:

Property and equipment are stated at cost. Depreciation is computed on the straight-line basis over the estimated useful lives of the assets, which range from five years to forty years.

C.    **Permanently Restricted Net Assets:**

The Organization has a donor restricted scholarship fund. Scholarships are awarded to an eligible student chosen by the Board of Duval Teachers United, Inc. No scholarships were made during the current year.

This scholarship fund is the only permanently restricted asset of the Organization.

D.    **Investments:**

Long-term investments are stated at fair value and consist of:

| | |
|---|---:|
| Certificates of Deposit | $ 35,449 |
| Equity Funds | 59,403 |
| | $ 94,852 |

E.    **Unrestricted Retirement Plan:**

The Organization sponsored a nonqualified retirement plan in prior years covering all employees. Contributions were determined as a percentage of each employee's salary based upon each individual employees' respective employment contract. The Organization funded the plan using allocated annuity contracts and mutual fund accounts. All investments are owned by the Organization; however, each employee's retirement benefit is invested in separate accounts mutually agreed upon by employer and employee.

Earnings on these investments become part of each respective employee's retirement benefit. Current year retirement unrealized gains was $23,499. As of August 31, 2008 there was no unfunded liability. The fair value of the retirement investments is reflected on the statement of financial position with a corresponding retirement payable. As payments are made to employees these accounts are reduce accordingly. During the year, $24,552 was paid out to employees effectively reducing the retirement liability.

F.    **Qualified Retirement Plan:**

As of September 1, 1998 the Organization has a noncontributory, simplified employee pension plan under which the employer makes contributions to the individual retirement accounts of eligible employees. The Organization may contribute amounts as determined by the Board of Directors and contracts negotiated with employees, not to be in excess of the lesser of the maximum deduction allowable for income tax purposes or a specific percentage of compensation paid to the eligible employees as defined by the plan. The current year contributions were $132,987.

6

(continued)

DUVAL TEACHERS UNITED, INC
(A NOT-FOR-PROFIT CORPORATION)
NOTES TO THE FINANCIAL STATEMENTS
Year Ended August 31, 2008
(continued)

G.    **Concentration of Credit Risk:**

The Organization maintains cash and cash equivalent balances at several financial institutions in Jacksonville, Florida. These balances are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000. At times during the year the Organization's cash balances exceeded FDIC limits. The company uses an investment sweep account at a financial institution. The funds held pursuant to this repurchase agreement were not a deposit, and therefore, not insured by the FDIC. As of August 31, 2008 there was a deficit balance in the sweep account.

H.    **First Guaranty Bank Line of Credit:**

During the year the Organization had a revolving line of credit from First Guaranty Bank. The line of credit was based on 50% of the appraised value of the real property at 1601 Atlantic Blvd., Jacksonville, FL 32207, but not to exceed $200,000. The term of the line of credit is one year, to be reviewed annually for reaffirmation. The interest rate is prime plus 2%. The loan is collateralized by a first mortgage on the real property. The monthly payments are for interest only, with the principle due at maturity. The balance of the line of credit on August 31, 2008 was $67,042. The interest paid on the line of credit during the year was $12,236.

I.    **Prior Period Adjustment:**

At August 31, 2007, accrued vacation was understated by $468,386 due to Terry Brady and Ruby George's vacation not being accrued for in prior periods. Also, there were $48,183 in checks on the outstanding check list from prior years. These checks were voided in years past but never reflected on the General Ledger. These amounts have been treated as a prior period adjustment taken against beginning of period net assets.

J.    **Going Concern:**

The Organization's financial statements are prepared using the generally accepted accounting principles applicable to a going concern, which contemplates the realization of assets and liquidation of liabilities in the normal course of business. However, the Organization has sustained recurring negative net asset balances in the previous years and has been running negative cash. This has reduced the fund balance to the extent the Organization may not be able to continue as a going concern. The Florida Education Association has allowed the Organization to operate three months in arrears on its dues payable which has allowed the Organization to develop a workable turn-around plan.

The ability of the Organization to continue as a going concern is dependent upon the success of these actions. There can be no assurance that the Organization will be successful in accomplishing its objectives. The financial statements do not include any adjustments that might be necessary should the organization be unable to continue as a going concern.

7

# Duval Teachers United, Inc.
# (A Not-For-Profit Corporation)
### Financial Statements
#### Year Ended August 31, 2009

# DUVAL TEACHERS UNITED, INC.
### (A NOT-FOR-PROFIT CORPORATION)

## CONTENTS

|  | Page |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1 |
| FINANCIAL STATEMENTS: | |
| Statement of Financial Position | 2 |
| Statement of Activities | 3 |
| Statement of Cash Flows | 4 |
| Notes to Financial Statements | 5 |

**Roy Miller & Associates**
**Certified Public Accountants**
8834-F Goodby's Executive Drive
Jacksonville, FL 32217
Tel: 904.731.4846

Board of Directors
Duval Teachers United, Inc.
(A Not-For-Profit Corporation)
Jacksonville, FL

### Independent Auditors' Report

We have audited the accompanying statement of financial position of the Duval Teachers United, Inc. (a not-for-profit corporation) as of August 31, 2009, and the related statements of activity and cash flows for the year then ended. These financial statements are the responsibility of the organization's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Duval Teachers United, Inc. (a not-for-profit corporation) as of August 31, 2009, the changes in its net assets and its cash flows for the year then ended, in accordance with auditing standards generally accepted in the United States of America.

The accompanying financial statements have been prepared assuming that the Organization will continue as a going concern. As discussed in Note I to the financial statements, the Organization has a net deficiency in its net assets account, reflecting negative cash that raises substantial doubt about its ability to continue as a going concern. Management's plans in regard to these matters are also described in Note I. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

*Roy Miller*

Roy Miller & Associates
Certified Public Accountants
Jacksonville, Florida
April 8, 2010

1

# DUVAL TEACHERS UNITED, INC.
## (A NOT-FOR-PROFIT CORPORATION)
### STATEMENT OF FINANCIAL POSITION
### AUGUST 31, 2009

| ASSETS | Unrestricted Operating | Unrestricted Retirement | Permanently Restricted | Total |
|---|---|---|---|---|
| **Current Assets:** | | | | |
| Cash | $ 72,211 | $ - | $ 10,495 | $ 82,706 |
| Accounts receivable | 156,040 | - | - | 156,040 |
| Total Current Assets | 228,251 | - | 10,495 | 238,746 |
| Long-Term Investments | 96,607 | 245,459 | - | 342,066 |
| **Property and Equipment:** | | | | |
| Land | 59,500 | - | - | 59,500 |
| Buildings | 229,733 | - | - | 229,733 |
| Equipment and furniture | 153,787 | - | - | 153,787 |
| | 443,020 | - | - | 443,020 |
| Less, accumulated depreciation | (303,823) | - | - | (303,823) |
| Total Property and Equipment | 139,197 | - | - | 139,197 |
| **Total Assets** | $ 464,055 | $ 245,459 | $ 10,495 | $ 720,009 |

### LIABILITIES AND NET ASSETS

| | Unrestricted Operating | Unrestricted Retirement | Permanently Restricted | Total |
|---|---|---|---|---|
| **Current Liabilities:** | | | | |
| Bank overdrafts | $ 417,279 | $ - | $ - | $ 417,279 |
| Accounts payable - affiliated organizations | 394,032 | - | - | 394,032 |
| Accounts payable - other | 39,076 | - | - | 39,076 |
| Credit line - First Guaranty Bank | 11,484 | - | - | 11,484 |
| Accrued expenses | 553,386 | - | - | 553,386 |
| Total Current Liabilities | 1,415,257 | - | - | 1,415,257 |
| Retirement Payable | - | 245,459 | - | 245,459 |
| Net Assets | (951,202) | - | 10,495 | (940,707) |
| **Total Liabilities and Net Assets** | $ 464,055 | $ 245,459 | $ 10,495 | $ 720,009 |

See Notes to Financial Statements

2

# DUVAL TEACHERS UNITED, INC.
### (A NOT-FOR-PROFIT CORPORATION)
### STATEMENT OF ACTIVITIES
### YEAR ENDED AUGUST 31, 2009

| | Unrestricted | | Permanently | |
| | Operating | Retirement | Restricted | Total |
|---|---|---|---|---|
| **Revenues, Gains, and Other Support** | | | | |
| Membership dues | $ 3,867,259 | $ - | $ - | $ 3,867,259 |
| Other assistance | 470,543 | - | - | 470,543 |
| Donations to scholarship account | - | - | 3,000 | 3,000 |
| Investment return on retirement assets | - | (58,396) | - | (58,396) |
| Increase in fair market value on retirement liability | - | 58,396 | - | 58,396 |
| Unrealized and realized gain on investments | 1,755 | - | - | 1,755 |
| Interest and dividend income | 55 | - | 72 | 127 |
| Total Revenues, Gains, and Other Support | 4,339,612 | - | 3,072 | 4,342,684 |
| | | | | |
| **Expenditures** | | | | |
| Affiliate dues | 2,395,050 | - | - | 2,395,050 |
| Salaries and payroll taxes | 992,183 | - | - | 992,183 |
| Employee benefits | 67,607 | - | - | 67,607 |
| Retirement expenses - qualified | 140,008 | - | - | 140,008 |
| Building expense | 82,330 | - | - | 82,330 |
| Office expense | 134,745 | - | - | 134,745 |
| Membership expense | 441,316 | - | - | 441,316 |
| Political action | 9,680 | - | - | 9,680 |
| Collective bargaining | 10,854 | - | - | 10,854 |
| Communications - voice leader | 23,633 | - | - | 23,633 |
| Economic benefit - legal | 7,127 | - | - | 7,127 |
| Depreciation | 19,713 | - | - | 19,713 |
| Interest expenses | 5,687 | - | - | 5,687 |
| Total Expenditures | 4,329,913 | - | - | 4,329,913 |
| | | | | |
| Changes in Net Assets | 9,699 | - | 3,072 | 12,771 |
| Net Assets, Beginning of Year | (960,901) | - | 7,423 | (953,478) |
| Net Assets, End of Year | $ (951,202) | $ - | $ 10,495 | $ (940,707) |

# DUVAL TEACHERS UNITED, INC.
## (A NOT-FOR-PROFIT CORPORATION)
### STATEMENT OF CASH FLOWS
### YEAR ENDED AUGUST 31, 2009

| | | |
|---|---|---:|
| **Cash Flows from Operating Activities:** | | |
| Change in net assets | $ | 12,771 |
| Adjustments to reconcile change in net assets | | |
| to net cash flows from operating activities: | | |
| Depreciation | | 19,713 |
| Unrealized gains on investments | | (1,755) |
| Changes in assets and liabilities: | | |
| Accounts receivable | | 1,414 |
| Accounts payable - affiliate organizations | | 12,167 |
| Accounts payable - other | | 6,897 |
| Accrued expenses | | (135,331) |
| Bank overdrafts | | (8,281) |
| Net Cash Flows from Operating Activities | | (92,405) |
| | | |
| **Cash Flows from Financing Activities:** | | |
| Net increase (decrease) on line of credit | | (55,558) |
| Net Change in Cash and Cash Equivalents | | (147,963) |
| Cash and Cash Equivalents, Beginning of Period | | 230,669 |
| Cash and Cash Equivalents, End of Period | $ | 82,706 |
| | | |
| **Supplemental Disclosure of Cash Flow Information:** | | |
| Interest Paid on Line of Credit | $ | 5,687 |

See Notes to Financial Statements

4

**DUVAL TEACHERS UNITED, INC.**
**(NOT-FOR-PROFIT CORPORATION)**
**NOTES TO THE FINANCIAL STATEMENTS**
**Year Ended August 31, 2009**

**A.    Organization and Purpose:**

Duval Teachers United, Inc. (the Organization) is a Florida not-for-profit corporation located in Jacksonville, FL and chartered in 1986. It is organized in affiliation with the American Federation of Teachers and the Florida Education Association. The purpose of this organization is to represent and advance the interests of teachers and public education through the collective bargaining process, grievance procedures, petition, legislation, and education.

**B.    Summary of Significant Accounting Policies:**

Basis of Accounting:

The organization's financial statements have been prepared on the accrual basis of accounting and accordingly reflect all significant receivables, payables, and other liabilities.

Basis of Presentation:

Financial statement presentation follows the recommendations of the Financial Accounting Standards Board (FASB) Accounting Standards Codification (ASC) No. 958. Under ASC 958, the Organization is required to report information regarding its financial position and activities according to three classes of net assets: unrestricted, temporarily restricted, and permanently restricted net assets.

Income Taxes:

The Organization is a not-for-profit organization exempt from federal income taxes under Section 501(c) (5) of the U. S. Internal Revenue Code.

Cash and Cash Equivalents:

For purposes of the statement of cash flows, the Organization considers all unrestricted highly liquid investments with an initial maturity of three months or less to be cash equivalents.

Investments:

Financial statement presentation follows the recommendations of the Financial Accounting Standards Board (FASB) Accounting Standards Codification (ASC) No. 958. Under ASC 958 marketable securities with readily determinable fair values and all investments in debt securities are reported at their fair values in the statement of financial position. Unrealized gains and losses are included in the change in net assets.

Use of Estimates:

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect certain amounts and disclosures. Accordingly, actual results could differ from those estimates.

5

**DUVAL TEACHERS UNITED, INC.**
**(NOT-FOR-PROFIT CORPORATION)**
**NOTES TO THE FINANCIAL STATEMENTS**
**Year Ended August 31, 2009**

<u>Property and Equipment:</u>

Property and equipment are stated at cost.  Depreciation is computed on the straight-line basis over the estimated useful lives of the assets, which range from five years to forty years.

**C.     <u>Permanently Restricted Net Assets:</u>**

The Organization has a donor restricted scholarship fund.  Scholarships are awarded to an eligible student chosen by the Board of Duval Teachers United, Inc.  No scholarships were made during the current year.

This scholarship fund is the only permanently restricted asset of the Organization.

**D.     <u>Investments:</u>**

Long-term investments are stated at fair value and consist of:

| | |
|---|---|
| Certificates of Deposit | $37,204 |
| Equity Funds | 59,403 |
| Total | $96,607 |

**E.     <u>Unrestricted Retirement  Plan:</u>**

The Organization sponsored a nonqualified retirement plan in prior years covering all employees. Contributions were determined as a percentage of each employee's salary based upon each individual employee's respective employment contract.  The Organization funded the plan using allocated annuity contracts and mutual fund accounts.  All investments are owned by the Organization; however, each employee's retirement benefit is invested in separate accounts mutually agreed upon by employer and employee.

Earnings on these investments become part of each respective employee's retirement benefit. Current year retirement unrealized gains were $58,396 .  As of August 31, 2009, there was no unfunded liability.  The fair value of the retirement investments is reflected on the statement of financial position with a corresponding retirement payable.  As payments are made to employees these accounts are reduced accordingly.  No payments were made to employees during the year.

**F.     <u>Qualified Retirement Plan:</u>**

As of September 1, 1998, the Organization has a noncontributory, simplified employee pension plan under which the employer makes contributions to the individual retirement accounts of eligible employees.  The Organization may contribute amounts as determined by the Board of Directors and contracts negotiated with employees, not to be in excess of the lesser of the maximum deduction allowable for income tax purposes or a specific percentage of compensation paid to the eligible employees as defined by the plan.  The current year contributions were $ 140,008 .

6

**DUVAL TEACHERS UNITED, INC.**
**(NOT-FOR-PROFIT CORPORATION)**
**NOTES TO THE FINANCIAL STATEMENTS**
**Year Ended August 31, 2009**

**G.    Concentration of Credit Risk:**

The Organization maintains cash and cash equivalent balances at several financial institutions in
Jacksonville, Florida. These balances are insured by the Federal Deposit Insurance Corporation
(FDIC) up to $250,000. At times during the year the Organization's cash balances exceed FDIC
limits. The company uses an investment sweep account at a financial institution. The funds held
pursuant to this repurchase agreement were not a deposit, and therefore, not insured by the FDIC.
As of August 31, 2009, there was a $28,647 balance in the sweep account.

**H.    First Guaranty Bank Line of Credit:**

During the year the Organization had a revolving line of credit from First Guaranty Bank. The line of
credit was based on 50% of the appraised value of the real property at 1601 Atlantic Blvd.,
Jacksonville, Florida 32207, but not to exceed $200,000. The term of the line of credit is one year, to
be reviewed annually for reaffirmation. The interest rate is prime plus 2%. The loan is collateralized
by a first mortgage on the real property. The monthly payments are for interest only, with the
principle due at maturity. The balance of the line of credit on August 31, 2009 was $11,484 . The
interest of $ 5,687  was paid on the line of credit during the year.

**I.    Going Concern:**

The Organization's financial statements are prepared using the generally accepted accounting
principles applicable to a going concern, which contemplates the realization of assets and liquidation
of liabilities in the normal course of business. However, the Organization has sustained recurring
negative net asset balances in previous years resulting in persistent negative cash. This reduced
the fund balance to the extent the Organization may not be able to continue as a going concern. The
Florida Education Association has allowed the Organization to operate three months in arrears on its
dues payable which has allowed the Organization to develop a workable turn-around plan.
Additionally, the Organization has a plan in place to increase membership in an effort to raise
revenues while at the same time identifying expenditures that will need to be reduced significantly.
The most controllable and immediate factor is the reduction of expenditures. The Organization is in
year two of this five year plan.

The ability of the Organization to continue as a going concern is dependent upon the success of
these actions. There can be no assurance that the Organization will be successful in accomplishing
its objectives. The financial statements do not include any adjustments that might be necessary
should the organization be unable to continue as a going concern.

7

## Roy Miller & Associates
## Certified Public Accountants

8834-F Goodby's Executive Drive
Jacksonville, FL 32217
Tel: 904.731.4846

To the Board of Directors,
Terrie Brady and Ruby George
Duval Teachers United, Inc.

In planning and performing our audit of the financial statements of Duval Teachers United as of and for the year ended August 31, 2009, in accordance with auditing standards generally accepted in the United States of America, we considered Duval Teachers United's internal control over financial reporting (internal control) as a basis for designing our auditing procedures for the purpose of expressing our opinion on the financial statements, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control. Accordingly, we do not express an opinion on the effectiveness of the Company's internal control.

Our consideration of internal control was for the limited purpose described in the preceding paragraph and would not necessarily identify all deficiencies in internal control that might be significant deficiencies or material weaknesses. However, as discussed below, we identified certain deficiencies in internal control that we consider to be significant deficiencies and other deficiencies that we consider to be material weaknesses.

A control deficiency exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent or detect misstatements on a timely basis. A significant deficiency is a control deficiency, or a combination of control deficiencies, that adversely affects the entity's ability to initiate, authorize, record, process, or report financial data reliably in accordance with generally accepted accounting principles such that there is more than a remote likelihood that a misstatement of the entity's financial statements that is more than inconsequential will not be prevented or detected by the entity's internal control. We consider the following deficiencies to be significant deficiencies in internal control.

1.  The First Guaranty bank account transactions were not posted to the general ledger during the year, nor the bank account balanced each month. Therefore the general ledger does not represent all of the transactions for each month. We recommend that the transactions for this account be recorded timely and the bank account reconciled each month.

2.  Checks are written continuously throughout the year causing the operating account to maintain a negative balance. We recommend that the bills be posted to accounts payable and the checks be written only when the funds are available in the operating account.

3.  The outside bookkeeper has not been involved with prior audits. Therefore audit adjustments were not posted to the General Ledger. Because of this, the General Ledger does not agree to the audited financial statements. Accordingly, the monthly financial statements received from the bookkeeper are not a representation of the true financial position of the Organization, and the Organization is basing its financial position on incorrect information. We recommend the outside bookkeeper see the results of the audit and also make sure all audit entries are made to the QuickBooks file.

4.  During the year, the scholarship fund has been included in the operating account balance in QuickBooks. There is a separate account for this restricted fund and it needs to be represented that way on the General Ledger. Also, the Community First Credit Union bank statement is not reconciled each month, we recommend the reconciling of this account on a monthly basis.

000014

Duval Teachers United, Inc.
Page Two

5.  There is currently no monthly entry for depreciation expense. We recommend that an entry is made for deprecation expense each month based on the projected depreciation schedule we will provide to you.

6.  It is recommended that David Hertz immediately transfer all retirement accounts that are still in DTU's name over to himself.

7.  Terry Brady and Ruby George currently have $341,076 in accrued vacation. Per the prior year's auditors' discussion with Terry it appears the recommendation that the Organization adopt a 3-5 year plan to pay off their vacation days to have a remaining amount of vacation time of 200 days has been implemented. Pursuant to that adoption, a new vacation policy needs to be put in place for officers that states once an officer has vacation accrued over 200 days they must take the vacation, sell it for 75% of its value, or they will lose it.

8.  The Community First Credit Union statement is not currently being sent to the bookkeeper. This has caused the value of this account to not be reflected on the balance sheets. It is recommended that this statement be sent to the bookkeeper each quarter when it is received so that it may be recorded on the balance sheet.

9.  We noted outstanding checks aged over 1 year old. Any check that is over 1 year old on the outstanding checklist needs to be investigated as to why it is still there. If the check has been voided then this needs to be reflected on the general ledger. If the check is truly outstanding then the money needs to be sent to Florida Unclaimed Property within 5 years for all normal accounts payable checks and 1 year for all payroll checks.

10. There are currently 3 authorized check signers, Ruby George, Terry Brady, and the secretary treasurer. All checks require two signatures. All checks are also prepared by Ruby George. This has created a segregation of duties problem, since the same person who prepares a check should not also be an authorized check signer. It is recommended that either Ruby be removed as an authorized check signer or someone whom is not an authorized check signer prepare all checks.

This communication is intended solely for the information and use of management, of Duval Teachers United, Inc. and others within the organization, and is not intended to be and should not be used by anyone other than these specified parties.

Roy Miller

Roy Miller and Associates
Certified Public Accountants
Jacksonville, FL 32217
April 8, 2010

# Duval Teachers United, Inc.

(A Not-For-Profit Corporation)

## Audited Financial Statements

Years Ended August 31, 2020 & 2019

# Duval Teachers United, Inc.

**(A Not-for-Profit Corporation)**

## CONTENTS

|  | Page |
|---|---|
| **Financial Statements** | |
| Independent Auditor's Report | 2 |
| Statements of Financial Position | 3 |
| Statements of Activities | 4 |
| Statements of Cash Flows | 5 |
| Notes To Financial Statements | 6-9 |
| Communication of Internal Control Matters | 10-12 |
| Communication With Those Charged With Governance | 13-14 |

# Robert M. Thaggard, *Certified Public Accountant*

## INDEPENDENT AUDITOR'S REPORT

To the Board of Directors
Duval Teachers United, Inc.

I have audited the accompanying financial statements of Duval Teachers United, Inc. (a nonprofit organization), which comprise the statement of financial position as of August 31, 2020 and 2019, and the related statements of activities and cash flows for the years then ended, and the related notes to the financial statements.

**Management's Responsibility for the Financial Statements**
Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

**Auditor's Responsibility**
My responsibility is to express an opinion on these financial statements based on my audits. I conducted my audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that I plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, I express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

I believe that the audit evidence I have obtained is sufficient and appropriate to provide a basis for my audit opinion.

**Basis for Qualified Opinion**
As explained in Note 5 to the financial statements, the Organization's policy is to recognize the cost of compensated absences for its executive officers when actually paid. Accounting principles generally accepted in the United States of America require that compensated absences be accrued as earned.  The effects on the accompanying financial statements of not accruing the costs of compensated absences of the Organization's executive officers have not been determined.

**Qualified Opinion**
In my opinion, except for the effects of the matter described in the Basis for Qualified Opinion paragraph, the financial statements referred to above present fairly, in all material respects, the financial position of Duval Teachers United, Inc. as of August 31, 2020 and 2019, and the changes in its net assets and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

Robert M. Thaggard, CPA
November 19, 2020

# Duval Teachers United, Inc.

**Statements of Financial Position**
**August 31, 2020 and 2019**

<u>ASSETS</u>

| | | 2020 | | 2019 |
|---|---|---|---|---|
| **Current Assets:** | | | | |
| Cash | $ | 597,545 | $ | 361,196 |
| Accounts receivable | | - | | 167,248 |
| Dividends receivable | | 7,174 | | 13,152 |
| Prepaid insurance | | 8,185 | | 14,219 |
| Total Current Assets | | 612,904 | | 555,815 |
| **Long-Term Investments** | | 220,711 | | 217,977 |
| **Property and Equipment:** | | | | |
| Land | | 59,500 | | 59,500 |
| Buildings | | 229,733 | | 229,733 |
| Equipment and furniture | | 113,086 | | 113,086 |
| | | 402,319 | | 402,319 |
| Less: Accumulated depreciation | | (341,927) | | (340,959) |
| Total Property and Equipment | | 60,392 | | 61,360 |
| **Total Assets** | $ | 894,007 | $ | 835,152 |

<u>LIABILITIES AND NET ASSETS</u>

| | | 2020 | | 2019 |
|---|---|---|---|---|
| **Current Liabilities:** | | | | |
| Accounts payable - affiliated organizations | $ | 463,096 | $ | 404,034 |
| Accrued leave payable | | 113,437 | | 104,554 |
| Other accrued expenses | | 53,344 | | 73,033 |
| Total Current Liabilities | | 629,877 | | 581,621 |
| **Net Assets** | | | | |
| Net assets without donor restrictions | | 264,130 | | 253,531 |
| Total Net Assets | | 264,130 | | 253,531 |
| **Total Liabilities and Net Assets** | $ | 894,007 | $ | 835,152 |

The accompanying notes are an integral part of these financial statements.

# Duval Teachers United, Inc.

**Statements of Activities & Functional Expenses**
**Years Ended August 31, 2020 and 2019**

|  | 2020 | 2019 |
|---|---|---|
| **Operating Activities** | | |
| **Revenues:** | | |
| Membership dues | $ 4,628,252 | $ 4,506,110 |
| Other assistance | 283,152 | 443,697 |
| **Total Revenues** | 4,911,404 | 4,949,807 |
| | | |
| **Program Expenses:** | | |
| Affiliate dues | 2,754,678 | 2,514,189 |
| Salaries and payroll taxes | 1,279,505 | 990,387 |
| Employee benefits | 266,355 | 242,447 |
| Retirement expenses - qualified | 169,689 | 152,039 |
| Building expense | 88,193 | 78,802 |
| Office expense | 104,768 | 104,018 |
| Membership expense | 187,831 | 428,263 |
| Collective bargaining | 5,737 | 1,017 |
| Communications | 30,057 | 51,878 |
| Economic benefit - legal | 23,645 | 22,446 |
| Depreciation | 968 | 965 |
| Interest expense | - | - |
| **Total Program Expenses** | 4,911,426 | 4,586,451 |
| **Changes in Net Assets from Operations** | (22) | 363,356 |
| **Nonoperating Activities** | | |
| Unrealized and realized gain (loss) on investments | 2,735 | 8,588 |
| Interest and dividend income | 7,886 | 13,918 |
| **Total Nonoperating Activities** | 10,621 | 22,506 |
| **Total Change in Net Assets** | 10,599 | 385,862 |
| **Net Assets, Beginning of Year** | 253,531 | (132,331) |
| **Net Assets, End of Year** | $ 264,130 | $ 253,531 |

The accompanying notes are an integral part of these financial statements.

4

# Duval Teachers United, Inc.

**Statements of Cash Flows**
**Years Ended August 31, 2020 and 2019**

|  | 2020 | 2019 |
|---|---:|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Change in net assets | $ 10,599 | $ 385,862 |
| Adjustments to reconcile operating income (loss) to net cash provided by (used in) operating activities: | | |
| Depreciation | 968 | 965 |
| Unrealized (gain) loss on investments | (2,735) | (8,588) |
| Changes in assets and liabilities: | | |
| (Increase) decrease in accounts receivable | 167,248 | 12,589 |
| (Increase) decrease in dividends receivable | 5,978 | (13,152) |
| (Increase) decrease in prepaid insurance | 6,035 | (3,091) |
| Increase (decrease) in accounts payable - affiliates | 59,062 | (49,452) |
| Increase (decrease) in accrued leave payable | 8,883 | (63,015) |
| Increase (decrease) in accounts payable | - | - |
| Increase (decrease) in other accrued expenses | (19,689) | 10,494 |
| Net Cash Flows from Operating Activities | 236,349 | 272,612 |
| Net Change in Cash and Cash Equivalents | 236,349 | 272,612 |
| Cash and Cash Equivalents, Beginning of Period | 361,196 | 88,584 |
| Cash and Cash Equivalents, End of Period | $ 597,545 | $ 361,196 |

The accompanying notes are an integral part of these financial statements.

# Duval Teachers United, Inc.
**(A Not-for-Profit Corporation)**
**Notes To Financial Statements**
**Years Ended August 31, 2020 and 2019**

**NOTE 1 - ORGANIZATION & PURPOSE**

Duval Teachers United, Inc. (the Organization) is a Florida not-for-profit corporation located in Jacksonville, Florida and chartered in 1986.  It is organized in affiliation with the American Federation of Teachers and the Florida Education Association.  The purpose of the Organization is to represent and advance the interests of teachers and public education through the collective bargaining process, grievance procedures, petition, legislation, and education.

**NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

**Basis of Accounting**

The Organization's financial statements have been prepared on the accrual basis of accounting and accordingly reflect all significant receivables, payables, and other liabilities.

**Basis of Presentation**

Financial statement presentation follows the recommendations of the Financial Accounting Standards Board (FASB).  The Organization reports information regarding its financial position and activities according to two classes of net assets: net assets *with* donor restrictions and net assets *without* donor restrictions.

**Measure of Operations**

The statement of activities reports all changes in net assets, including changes in net assets from operating and nonoperating activities. Nonoperating activities are limited to resources that generate return from investments and other activities considered to be of a more unusual or nonrecurring nature.

**Income Taxes**

The Organization is a not-for-profit organization exempt from federal income taxes under Section 501(c) (5) of the U.S. Internal Revenue Code.

The Organization's  information returns are subject to examination by the appropriate tax jurisdictions.  As of August 31, 2020, the Organization's federal and various state tax and/or information returns remain open for examination for the last three years.

**Cash and Cash Equivalents**

For purposes of the statement of cash flows, the Organization considers highly liquid investments with an initial maturity of three months or less to be cash equivalents.

**Investments - Fair Value Measurements**

Professional accounting standards establishes a framework for measuring fair value.  That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value.  The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (level 1 measurements) and the lowest priority to unobservable inputs (level 3 measurements).  All of the Organization's marketable securities are level 1 type investments and have been reported at fair value.

# Duval Teachers United, Inc.
**(A Not-for-Profit Corporation)**
**Notes To Financial Statements**
**Years Ended August 31, 2020 and 2019**

**NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (cont.)**

Level  1

Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the plan has the ability to access.

Level 2

Inputs to the valuation methodology include:

        Quoted prices for similar assets or liabilities in active markets;

        Quoted prices for identical or similar assets or liabilities in inactive markets;

        Inputs other than quoted prices that are observable for the asset or liability;

        Inputs that are derived principally from or corroborated by observable market data by correlation or other means.

If the asset or liability has a specified (contractual) term , the Level 2 input must be observable for substantially the full term of the asset or liability.

Level 3

Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques used need to maximize the use of observable inputs and minimize the use of non-observable inputs.

**Use of Estimates**

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect certain amounts and disclosures.  Accordingly, actual results could differ from those estimates.

**Property and Equipment**

Property and equipment are stated at cost and capitalized if costs exceed $2,500.  Donated property and equipment are recorded at fair market value at the date of donation, which is then treated as cost.   Depreciation is calculated on the straight-line basis over the estimated useful lives of the assets, which range from 5 years to 31.5 years. Depreciation expense was $968 and $965 for 2020 and 2019, respectively.

**Reclassifications**

Certain amounts in the August 31, 2019 financial statements have been reclassified to conform to the presentation used in the August 31, 2020 financial statements.

# Duval Teachers United, Inc.

**(A Not-for-Profit Corporation)**
**Notes To Financial Statements**
**Years Ended August 31, 2020 and 2019**

### New Accounting Pronouncement

On August 18, 2016, FASB issued ASU 2016-14, Not-for-Profit Entities [Topic 958] - *Presentation of Financial Statements of Not-For-Profit Entities.* The update addresses the complexity and understandability of net asset classification, deficiencies in information about liquidity and availability of resources, and the lack of consistency in the type of information provided about expenses and investment return. The Organization has adjusted the presentation of these statements accordingly. The ASU has been applied retrospectively to all periods presented.

### NOTE 3 - AVAILABILITY AND LIQUIDITY

|  | 2020 | 2019 |
|---|---|---|
| Cash & Equivalents | $ 597,545 | $ 361,196 |
| Accounts Receivable | - | 167,248 |
| Dividends Receivable | 7,174 | 13,152 |
| Investments | 220,711 | 217,977 |
| Financial assets available to meet general expenditures over the next twelve months | $ 825,430 | $ 759,573 |

The Organization's goal is generally to maintain financial assets to meet 30 days of operating expenses. As part of its liquidity plan, excess cash is invested in short-term investments, including money market accounts and certificates of deposit.

### NOTE 4 - LONG TERM INVESTMENTS

Long-term investments are stated at fair value and consist of:

|  | 2020 | 2019 |
|---|---|---|
| Certificates of Deposit (Level 1) | $ 78,435 | $ 75,701 |
| Equity Funds (Level 1) | 142,276 | 142,276 |
| Total | $ 220,711 | $ 217,977 |

Equity Funds consist of 11,956 shares of Creative Benefits for Educators. Each year the shares are valued at fair value and dividends are paid annually. The Organization carries the value of this investment at fair market value based on the most recent available valuation.

### NOTE 5 - COMPENSATED ABSENCES

With the exception of its executive officers, the Organization accrues a liability for amounts to be paid as a result of its employees' right to compensated absences in the year in which such amounts are earned. The Organization's policy is to recognize the cost of compensated absences for its executive officers when actually paid. The accrual for such compensated absences was $113,437 and $104,554 for August 31, 2020 and 2019, respectively.

### NOTE 6 - QUALIFIED RETIREMENT PLAN

The Organization has a noncontributory, simplified employee pension plan under which the employer makes contributions to the individual retirement accounts of eligible employees. The Organization may contribute amounts as determined by the Board of Directors and contracts negotiated with employees, not to be in excess of the lesser of the maximum deduction allowable for income tax purposes or a specific percentage of compensation paid to the eligible employees as defined by the plan. The contributions for the fiscal years ended August 31, 2020 and 2019 were $169,689 and $152,039, respectively.

8

# Duval Teachers United, Inc.
**(A Not-for-Profit Corporation)**
**Notes To Financial Statements**
**Years Ended August 31, 2020 and 2019**

**NOTE 7 - CONCENTRATION OF CREDIT RISK**

The Organization maintains cash and cash equivalent balances at several financial institutions in Jacksonville, Florida. These balances are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000.  At times during the year the Organization's cash balances exceed FDIC limits. The Organization has not experienced, nor does it anticipate, any losses with respect to such accounts.

**NOTE 8 - LEASE OBLIGATION**

The Organization leases copier equipment along with multiple mailer and postage units under noncancelable operating leases which expired in 2018.  Since the date of expiration, lease payments have been made on a month-to-month basis. Lease expense for each of the years ended August 31, 2020 and 2019 was approximately $24,000 and $21,000, respectively.

**NOTE 9 - FLORIDA EDUCATION ASSOCIATION DUES**

The Organization remits dues to its affiliate, the Florida Education Association. As a result primarily of the increase of dues to state and national affiliates as a percentage of dues collected from members the Florida Education Association has permitted the Organization to operate two months in arrears on its dues remittances before being considered delinquent. As of August 31, 2020 and 2019, the Organization has been considered current in its dues remittances to the Florida Education Association under this arrangement.

**NOTE 10 - SUBSEQUENT EVENTS**

Management has evaluated subsequent events through November 19, 2020, which is the date the financial statements were available to be issued.  In the opinion of management, no events occurred subsequent to August 31, 2019 through November 19, 2020 that require adjustment to or disclosure in the accompanying financial statements.