UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:24-cr-251-MMH-SJH |
| v. | |
| TERESA BRADY | |

Counsel for Government:
Michael Coolican

Counsel for Defendant:
Henry Coxe
Allan Brooke
Brian Coughlin

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles
U.S. Probation: Irish Anderson

Court Reporter: Katharine Healey

## CLERK'S MINUTES

**PROCEEDINGS OF:   SENTENCING**

Plea previously accepted.

Defendant adjudged guilty on Counts **One, Two, Twelve, and Thirteen of the Indictment**

Imprisonment:  **TWENTY-SEVEN (27) MONTHS, consisting of TWENTY-SEVEN (27) MONTHS as to each Count One, Two, Twelve, and Thirteen to run concurrently**

The Court makes the following recommendation to the Bureau of Prisons:
- Incarceration at a facility closest to Jacksonville, Florida, that has the lowest minimum security camp.  The Court makes this recommendation because Defendant is a lifetime resident of Jacksonville, Florida, with family and friends here to visit and support her during her term of incarceration.

Supervised Release:   **THREE (3) YEARS, consisting of THREE (3) YEARS as to each Count One, Two, Twelve, and Thirteen to run concurrently**

Special conditions of supervised release:
- Defendant shall participate as directed in a mental health treatment program.
- Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating herself for any major purchases without approval of the probation officer.
- Defendant shall provide the probation officer access to any requested financial information.
- Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- Mandatory drug testing requirements are suspended.

Special Assessment:     **$400.00**     to be paid immediately.

Restitution:     **$2,600,235.99 (joint and several)**

Defendant deposited with the U.S. Marshal Service the sum of $1,328,695.28 to satisfy her forfeiture obligation.   The Court recommends that these funds be restored to the victim, Duval Teachers United.

Counts Three through Eleven and Fourteen of the Indictment are dismissed on the motion of the Assistant U.S. Attorney and pursuant to the Plea Agreement.

Defendant advised of right to appeal and to counsel on appeal.

Defendant shall self-surrender to the facility of designation no later than **2:00 p.m. on April 16, 2026**.

Date: February 9, 2026        Time: 2:00 p.m. – 5:22 p.m.        Total: 3 Hours, 22 Minutes