UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 3:24-cr-251-MMH-SJH

TERESA BRADY

**NOTICE OF SATISFACTION OF PRELIMINARY
ORDER OF FORFEITURE FOR PROCEEDS**

The United States of America gives notice of satisfaction of the defendant's Preliminary Order of Forfeiture for Proceeds. Doc. 86.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:   *s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
Email: Jennifer.Harrington2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
